LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAMSEY THOMPSON,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | No. EDCV 12-00265 E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED EIGHTY ONE DOLLARS AND 12/100 ($1,781.12) subject to the terms of the stipulation.

DATE: 11/26/12     _/s/_____
                           HON. CHARLES F. EICK
                           UNITED STATES MAGISTRATE JUDGE

## LAW OFFICES OF BILL LATOUR

SOCIAL SECURITY DISABILITY/SUPPLEMENTAL SECURITY INCOME

## FEE AGREEMENT - FEDERAL COURT

I hereby employ THE LAW OFFICES OF BILL LATOUR, BILL LATOUR ATTORNEY AT LAW, to represent me in a federal court review of my SSI and/or SOCIAL SECURITY DISABILITY case. I agree that my attorney shall charge and receive as the fee an amount equal to twenty-five percent (25%) of the past-due benefits that are awarded to my family and I in the event my case is won. Associate counsel may be retained to assist my attorney. If associate counsel is retained, that will not increase the amount of my fee.

My attorney has explained to me that it is the law that the attorney fee must be approved by the federal court for representation in federal court and by the Social Security Administration for representation before the Social Security Administration. I understand that the total fee could amount to several thousand dollars or several hundred dollars per hour on an hourly basis; I understand that my attorney is accepting my case because of the possibility of obtaining substantial fees. I agree to cooperate in any way that I can so that my attorney's full fee is authorized. I understand that this fee agreement allows my attorney to apply for a full 25% of my back award for attorney fees pursuant to 42 U.S.C. §406(b) [for representing me in federal district court], and that this amount is in addition to any fees he receives pursuant to 42 U.S.C. §406(a) [fee for representing me before the Social Security Administration].

I understand that *usually* all of the attorney fee will be paid from my past-due benefits. However, the court may order the government to pay a portion of the attorney fees pursuant to the Equal Access to Justice Act (EAJA). If this happens, *I hereby assign any court awarded EAJA attorney fees to my attorney.* The court awarded EAJA attorney fee may reduce the amount that I will be obligated to pay from my past-due benefits and it could mean that no attorney fee will come out of my back benefits; that the entire fee will be paid by the government under the EAJA. On the other hand, it could work out that my attorney will receive the 25% fee and, in addition, my attorney will receive part or the entire court-awarded EAJA fee. But in no case will the fee that comes out of the back benefits paid on my behalf be greater than 25% (excluding the fee paid for work on my case before the Social Security Administration).

- I understand that in an SSI and/or SOCIAL SECURITY DISABILITY case, the Social Security Administration will withhold 25% of the past-due benefits and send the approved fee to my attorney.
- This agreement terminates at the option of my attorney if we lose in the federal district court.
- This agreement is in addition to any previous or subsequent fee agreement I have signed with my attorney for representation before the Social Security Administration.

**ADDENDUM: LIMITED POWER OF ATTORNEY TO CONVEY EAJA AWARD TO ATTORNEY:** I authorize the LAW OFFICES OF BILL LATOUR to seek attorney fees under the EQUAL ACCESS TO JUSTICE ACT [EAJA], either on my behalf or on behalf of the LAW OFFICES OF BILL LATOUR. I agree to pay the LAW OFFICES OF BILL LATOUR all attorney fees awarded me under the EAJA. I agree that they may be mailed to, or made payable to the LAW OFFICES OF BILL LATOUR directly, and assign all rights I have to seek and receive them to the LAW OFFICES OF BILL LATOUR. I authorize the LAW OFFICES OF BILL LATOUR to sign my name to any check issued to me for EAJA fees, and agree to immediately deliver any check I receive for EAJA fees to the LAW OFFICES OF BILL LATOUR.

**EXECUTED BY:**

Ramsey Thompson
Claimant's Name

*/s/ Ramsey Thompson*
Signature

02/03/2013
Date

_____
BILL LATOUR, ATTORNEY

02/03/2013
Date

[Rev: 8/20/10]